FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---o0o---

GERALDINE CVITANOVICH-DUBIE, now known as
GERALDINE CVITANOVICH, Plaintiff-Appellant,
v.
NANCY DUBIE, Personal Representative of the Estate
of George Patrick Dubie, Defendant-Appellee

NO. 28928

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 03-1-3588)

ORDER OF CORRECTION
(By:  Foley, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion of the court filed on April 12, 2010, is corrected on page 14, line 11, by changing the first word in that line from "obmitted" to "omitted."

The Clerk of the Court is directed to incorporate the foregoing changes in the original opinion and take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, April 14, 2010.

FOR THE COURT:

Associate Judge

---

[1]  Nakamura, C.J., Foley and Leonard, JJ.